IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LEO DONALD DRONE, JR.,**

      **Petitioner,**                                  **CASE NO. 2:17-CV-00266**
                                                            **CRIM. NO. 2:15-CR-00192(1)**
      **v.**                                                                 **JUDGE GEORGE C. SMITH**
                                                            **Magistrate Judge Vascura**

**UNITED STATES OF AMERICA,**

      **Respondent.**

## OPINION AND ORDER

On January 8, 2018, the Magistrate Judge issued a *Report and Recommendation* recommending that the *Motion to Vacate under 28 U.S.C. § 2255* (ECF No. 102) be dismissed. (ECF No. 118). Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 118) is hereby **ADOPTED** and **AFFIRMED**. The *Motion to Vacate under 28 U.S.C. § 2255* (ECF No. 102) is hereby **DISMISSED**.

Petitioner has failed to exercise his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

      **IT IS SO ORDERED**.

                                                          *s/ George C. Smith*
                                                          **GEORGE C. SMITH, JUDGE**
                                                          **UNITED STATES DISTRICT COURT**